UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ERIN O'LEARY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-01398 (RDA/IDD) |
| IT CONCEPTS, INC., *et. al*, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Erin O'Leary and Defendants IT Concepts, Inc., Amy Johnson, John Epperly, and Pinakin Patel (collectively, "Defendants"), jointly notify this Court that they have reached a settlement. The Parties are in the process of finalizing the settlement.

To this end, Plaintiff and Defendants respectfully request that the Court vacate all pending deadlines and hearings.

[Signature block on following page]

1

DATED:  May 19, 2021

                                                  Respectfully submitted,
                                                  _____/s/_____
                                                  Joshua Erlich (VSB No. 81298)
                                                  Katherine L. Herrmann (VSB No. 83203)
                                                  The Erlich Law Office, PLLC
                                                  2111 Wilson Blvd., Ste. 700
                                                  Arlington, VA 22201
                                                  Tel: (703) 791-9087
                                                  Fax: (703) 722-8114
                                                  jerlich@erlichlawoffice.com
                                                  kherrmann@erlichlawoffice.com

                                                  ***Attorneys for Plaintiff***

                                                  _____/s/_____
                                                  Eve G. Campbell (VSB No. 41490)
                                                  O'HAGAN MEYER, PLLC
                                                  411 East Franklin Street, Suite 500
                                                  Richmond, VA 23219
                                                  T: (804) 403-7100
                                                  F: (804) 237-0250
                                                  ECampbell@ohaganmeyer.com

                                                  ***Attorney for Defendants***

**CERTIFICATE OF SERVICE**

 I hereby certify that on May 19, 2021, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will cause a copy of this document to be sent to:

 Eve G. Campbell
 Rachael L. Loughlin
 O'HAGAN MEYER, PLLC
 411 East Franklin Street, Suite 500
 Richmond, VA 23219
 Phone: (804) 403-7100
 Fax: (804) 237-0250
 Email: ECampbell@ohaganmeyer.com
    PCallahan@ohaganmeyer.com

*Counsel for Defendants*

              /s/
              Katherine L. Herrmann (VA Bar No. 83203)
              The Erlich Law Office, PLLC
              2111 Wilson Blvd. Suite 700
              Arlington, VA  22201
              Tel: (703) 791-9087
              Fax: (703) 351-9292
              Email: kherrmann@erlichlawoffice.com