IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ERIN O'LEARY, </br></br> Plaintiff, </br></br> v. </br></br> IT CONCEPTS, INC., *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:20-cv-1398 (RDA/IDD) </br> ) </br> ) </br> ) </br> ) |

### ORDER

This matter comes before the Court on the parties' joint Notice of Settlement. Dkt. 14. Accordingly, it is hereby ORDERED that all deadlines are VACATED as the parties finalize a settlement agreement in this case; and

IT IS FURTHER ORDERED that by June 2, 2021 the parties move the Court for an order dismissing the case pursuant to Rule 41(a)(1)(A)(ii), or, alternatively, submit a joint status report on the parties' settlement progress.

It is SO ORDERED.

Alexandria, Virginia
May 20, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge